

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONGGUAN CHUNG YUAN ELECTRIC CO. AND MASSEY CO. LTD., | § | No. 08-13-00080-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| GILBERT SIFUENTES, Individually, MARGARITA LETICIA | § | (TC# 2010-4168) |
| MEDRANO-SIFUENTES, Individually and on Behalf of GERARDO DANIEL SIFUENTS and GIBRAN EVERARDO SIFUENTES, Deceased Children, and on Behalf of GERMAN YAHIR SIFUENTES, minor child, | § | |
| Appellees. | | |

**MEMORANDUM OPINION**

Pending before the Court is Appellants' motion to dismiss this accelerated appeal pursuant to Tex. R. App. P. 42.1(a)(2). Appellants represent that the appeal is moot because the trial court subsequently ruled that it did not have jurisdiction over Appellants. Appellants no longer desire to pursue the appeal and request this Court enter an order dismissing the appeal.

Although Appellants moved for dismissal under Rule 42.1(a)(2), their motion does not state whether Appellees agree with Appellants' assertion that the appeal is now moot and that the

appeal should be dismissed. The motion contains a certificate of service to opposing counsel and has been on file with this Court for more than ten days. Thus, based on the substance of the motion, we construe Appellants' motion under Rule 42.1(a)(1).

Having considered the motion, and it appearing that no party opposes dismissal of this appeal, or seeks relief that dismissal would preclude, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellants. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

July 24, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.

2